# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HK CHINA GROUP, INC., | ) | No. CV-08-1348 SVW |
| Plaintiff, | ) | **JUDGMENT** |
| vs. | ) | |
| BEIJING UNITED AUTOMOBILE & MOTORCYCLE MANUFACTURING CORPORATION, | ) | J S - 6 |
| Defendant. | ) | |

Pursuant to the Court's order of August 6, 2009 granting the motion of Beijing United Automobile & Motorcycle Manufacturing Corporation to dismiss the action for lack of personal jurisdiction,

IT IS HEREBY ORDERED that judgment be entered dismissing the action by HK China Group, Inc. against Beijing United Automobile & Motorcycle Manufacturing Corporation.

DATED: September 17, 2009

_____
Stephen V. Wilson
United States District Judge